AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| KRISTIAN E. MIERZWICKI<br><br>*Plaintiff(s)*<br>v.<br>CAB ASSET MANAGEMENT, LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **14-cv-61998 DMM** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    CAB ASSET MANAGEMENT, LLC
    By serving its Registered Agent
    NRAI SERVICES, INC.
    515 EAST PARK AVENUE
    TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Yechezkel Rodal, Esq.
    Loan Lawyers, LLC
    377 N. State Rd. 7, Ste. 202
    Plantation, Florida 33317
    Chezky@floridaloanlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **SEPT 2, 2014**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts