UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61998-CIV-MIDDLEBROOKS

KRISTIAN E. MIERZWICKI,

    Plaintiff,

v.

CAB ASSET MANAGEMENT,

    Defendant.

_____/

**ORDER OF TRANSFER**

THIS CAUSE comes before the Court *sua sponte*. It appears that there is good cause to transfer this case to the Honorable Beth Bloom pursuant to Local Rule 3.8 and Internal Operating Procedure 2.06.00 due to lower-numbered related case *Mierszwicki v. Citigroup, Inc.*, 14-CV-61753-BB/AOV. Accordingly, subject to the consent of the Honorable Beth Bloom, it is hereby

**ORDERED AND ADJUDGED** that the above-styled matter is transferred to the calendar of Judge Bloom for all further proceedings.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this 23 day of October, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

After reviewing the Court file in the above-numbered case, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number 14-61998-CV-BLOOM, thereby indicating the Judge to whom all pleadings shall be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this ___ day of October, 2014.

                                                          _____
                                                          BETH BLOOM
                                                          UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record