UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CIV-61998-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiffs,

vs.

CAB ASSET MANAGEMENT, LLC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

    The undersigned law firm hereby enters its appearance on behalf of the Plaintiff, KRISTIAN E. MIERZWICKI, in the above-styled cause and requests that copies of all papers, pleadings, etc. be mailed to it.

    1.    The undersigned files this Notice of Appearance on behalf of Plaintiff, KRISITAN E. MIERZWICKI, pursuant to **ECF No. [12]**,

Dated: November 14, 2014        PLAINTIFF

        By:    */s/ Adam S. Baron*_____
            ADAM S. BARON, ESQ.
            Florida Bar Number: 048071
            3696 N. Federal Highway
            Suite 201
            Fort Lauderdale, FL 33308
            Telephone: 954-390-0876
            Facsimile: 954-390-6304
            Email: abaron@pblmklaw.com
            Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was sent via US Mail on November 14, 2014 to: CAB Asset Management, LLC., via Registered Agent, NRAI Services, Inc., 515 East Park Ave., Tallahassee, FL 32301.

**Pyszka, Blackmon, Levy, Kelley, Rajo & Baron**
Attorney for Plaintiff
3696 North Federal Highway
Suite 201
Fort Lauderdale, FL 33308
Telephone: 954-390-0876
Facsimile: 954-390-6304
E-Mail: abaron@pblmklaw.com


BY: */s/ Adam S. Baron*
    Adam S. Baron, Esquire
    Florida Bar No.: 480071