UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CIV-61998-BLOOM/Valle

KRISTIAN E. MIERZWICKI,

    Plaintiffs,

vs.

CAB ASSET MANAGEMENT, LLC.,
a Maryland limited liability company,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT'S ORDER ON DEFAULT PROCEDURE [ECF NO. 15]

Plaintiff, KRISTIAN E. MIERZWICKI, by and through his undersigned counsel, files this an Extension of Time to File its Response to Court's Default Procedure [ECF No. 15] and as grounds therefore state the following:

1. Per the Order on Default Procedure, the Plaintiff is to file a response by December 17, 2014 [ECF No. 15].

2. The undersigned needs to conference with the Plaintiff to determine which course of procedure he wishes to proceed on.

3. Thus, the undersigned requests additional time for which to file a response to the Court's Order.

4. Defendant has never responded to any allegations, motions, pleadings on this matter, thus there would be no prejudice to Defendant for allowing such an extension.

5. Plaintiff's counsel needs to confur with his client to discuss specific damages and remedies on this matter in order to file a formal response as requested by this court.

-2-

WHEREFORE, Plaintiff, KRISTIAN E. MIERZWICKI, respectfully requests this Honorable Court grant Plaintiff's Motion for Extension of Time to File its Response to Court's Order on Default Procedure.

Dated: December 16, 2014                                        PLAINTIFF

                                                    By:    /s/ Adam S. Baron
                                                           ADAM S. BARON, ESQ.
                                                           Florida Bar Number: 048071
                                                           3696 N. Federal Highway
                                                           Suite 201
                                                           Fort Lauderdale, FL 33308
                                                           Telephone: 954-390-0876
                                                           Facsimile: 954-390-6304
                                                           Email:  abaron@pblmklaw.com
                                                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was sent via US Mail on December 16, 2014 to: CAB Asset Management, LLC., via Registered Agent, NRAI Services, Inc. of MD, 351 W. Camden Street, Baltimore, MD 21201.

**Pyszka, Blackmon, Levy, Kelley, Rajo & Baron**
Attorney for Plaintiff
3696 North Federal Highway
Suite 201
Fort Lauderdale, FL 33308
Telephone: 954-390-0876
Facsimile: 954-390-6304
E-Mail: abaron@pblmklaw.com

BY:   /s/ Adam S. Baron
       Adam S. Baron, Esquire
       Florida Bar No.: 480071