UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-61998-CIV-BLOOM/VALLE

**KRISTIAN E. MIERZWICKI**,

    Plaintiff,

vs.

**CAB ASSET MANAGEMENT, LLC.**,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court upon the Order Granting Plaintiff's Motion for Default Judgment. For the reasons expressed in the Court's separately entered Order granting the Motion for Default Judgment, and pursuant to the Federal Rules of Procedure 55 and 58, it is hereby

**ORDERED AND ADJUDGED** that: judgment is hereby **ENTERED** in favor of Plaintiff Kristian E. Mierzwicki, and against Defendant CAB Asset Management, LLC, and it is further

**ORDERED AND ADJUDGED** that Plaintiff shall recover from Defendant Cab Asset Management, LLC, the sum of **$212,000** in damages, for which sum let execution issue, and it is further

**ORDERED AND ADJUDGED** that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq.*; 28 U.S.C. §§ 3001-3307; and Rule 69(a) of the Federal Rules of Civil Procedure, and it is further

CASE NO.: 14-61998-CIV-BLOOM/VALLE

**ORDERED AND ADJUDGED** that:

1. The Court retains jurisdiction over any motion for attorney's fees or costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Judgment to be entered separately;

2. All other remaining motions are **DENIED AS MOOT**;

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of December, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record